ACCEPTED
12-15-00257-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/22/2015 3:34:32 PM
Pam Estes
CLERK

## NO. 12-15-00257-CV

## IN THE TWELFTH COURT OF APPEALS
## TYLER, TEXAS

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/22/2015 3:34:32 PM
PAM ESTES
Clerk

_____

## AZLEWAY CHARTER SCHOOL
## AND AZLEWAY, INC.,
### APPELLANTS,

## V.

## LACY HOGUE
### APPELLEE

_____

## ON APPEAL FROM THE COUNTY COURT AT LAW #3
## SMITH COUNTY, TEXAS
## CAUSE NO 64,330-B
## HON. FLOYD GETZ, PRESIDING

_____

## MOTION FOR RECONSIDERATION

_____

WILLIAM S. HOMMEL, JR.
TEXAS BAR NO. 09934250
HOMMEL LAW FIRM
1404 RICE ROAD, SUITE 200
TYLER, TEXAS 75703
903-596-7100
469-533-1618 (FACSIMILE)

ATTORNEY FOR APPELLANTS

TO THE HONORABLE COURT OF APPEALS:

Azleway Charter School and Azleway, Inc., Appellants, make this Motion for Reconsideration and would show:

1.      Appellants' brief was due to be filed on November 30, 2015. Appellant counsel received a notice from the Court regarding the fact that the brief was not timely filed; however, the email notice from the Court went to counsel's junk email folder.[1]

2.      Counsel for Appellants did not willfully ignore the Court's directive in failing to heed the warning of the Court regarding the lateness of Appellants' brief. The failure to file the brief timely was not the result of conscious indifference, but was due to inadvertence on the part of counsel. The late briefing notice is the only notice from the Court which went to counsel's junk email folder. The first time this matter came to counsel's attention, was the Court's dismissal of the appeal. This Motion for Reconsideration is filed as soon as possible following the dismissal of the appeal.

3.      This court has a great deal of discretion in deciding the question of whether or not to dismiss an appeal for late filing of briefs. *Lueck v. Carter*, 466 S.W.2d 90, 91 (Tex. Civ. App. 1971). Since the case was not set for submission, the

---

[1] See: Ex A – Screenshot of counsel's junk email folder.

Appellee will not be materially injured by permitting the Appellant to file a late brief. *Texaco, Inc. v. Joffrion*, 363 S.W.2d 827 (Tex.Civ.App. Texarkana 1962, writ ref'd n.r.e.); *Montgomery Ward & Co. v. Dalton*, 602 S.W.2d 130, 131 (Tex. Civ. App. 1980). Counsel for Appellants has prepared the brief and submitted it to the Court for filing if the Court sees fit to reinstate the appeal.

4. This motion is not made for the purpose of delay, but to that justice might be served.

WHEREFORE, Appellants respectfully request the Court reconsider its dismissal of the appeal for want of prosecution and upon final consideration reinstate the appeal.

Respectfully Submitted,

_____
William S. Hommel, Jr.
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, TX 75703
903-596-7100
469-533-1618 (Facsimile)

***Attorney for Appellants***

## CERTIFICATE OF CONFERENCE

I certify that before filing this motion I attempted to confer by both telephone and email on December 17, 2015, with counsel for appellee, Walter Taylor, and was unable to confer.

_____
William S. Hommel, Jr.

## CERTIFICATE OF SERVICE

I certify that on December 22, 2015, a true copy of the foregoing Motion for Reconsideration was served on all counsel of record via facsimile and email.

_____
William S. Hommel, Jr.

**EXHIBIT A**

| Reply All | Forward | More ▾ | Meeting | Brookhill | To Manager | Team Email | Done | Reply & Delete | Create New |

Respond    Quick Steps

Move    Rules    OneNote    Unread/Read    Categorize    Follow Up ▾

Move    Tags

Search People
Address Book
Filter Email ▾

Find

Spam    Not spam    Blacklist    Whitelist

Avast Antispam

🔍 ogue                    ✕ | Current Folder ▾

Unread                    By Date ▾    Newest ↓

**Two Weeks Ago**

coa12noticing@txcourts.gov                    📎
Notice(s): 12-15-00257-CV            12/1/2015
You have received notice(s) for the following

Reply    Reply All    Forward

Tue 12/1/2015 6:01 PM

coa12noticing@txcourts.gov

Notice(s): 12-15-00257-CV

To    Bill Hommel

ℹ️ Links and other functionality have been disabled in this message. To turn on that functionality, move this message to the Inbox.
This message was marked as spam using a junk filter other than the Outlook Junk E-mail filter.
We converted this message into plain text format.
Outlook blocked access to the following potentially unsafe attachments: +LATE BRIEF NOTICE_ANT - CV_FILECOPY.pdf.

You have received notice(s) for the following case(s):

12-15-00257-CV
TC #64,330-B
Azleway Charter School and Azleway, Inc. v. Lacy Hogue

Files
+LATE BRIEF NOTICE_ANT - CV_FILECOPY.pdf

Thank you,
Pam Estes
12th Court of Appeals

Do not reply to this message. If you have questions, please contact the Court at (903) 593-8471.

STATE OF TEXAS § 

COUNTY OF SMITH §

BEFORE ME, the undersigned authority, on this day personally appeared William S. Hommel, Jr., known to me, who after being by me duly sworn, says that he is agent and attorney for Appellants, that he is authorized to make this Affidavit and has read the above and foregoing Appellants' Motion for Reconsideration and that same is true and correct to his best knowledge and belief.



_____
William S. Hommel, Jr.

SUBSCRIBED AND SWORN TO BEFORE ME by the said William S. Hommel, Jr., on this the 22nd day of December, 2015, to certify which witness my hand and seal of office.

SUZANNE E. MCLAUGHLIN
Notary Public, State of Texas
My Commission Expires
August 07, 2017

_____
Notary Public in and for the
STATE OF TEXAS